**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1510**

MERLE T. RUTLEDGE, JR.,

             Plaintiff – Appellant,

      v.

CITY OF NORFOLK, VIRGINIA,

             Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:09-cv-00157-MSD-JEB)

Submitted:  October 20, 2009      Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Merle T. Rutledge, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights complaint for failing to state a claim upon which relief could be granted. On appeal, we confine our review to the issues raised in the Appellant's Brief, <u>see</u> 4th Cir. R. 34(b), and Rutledge's brief alleges no error committed by the district court. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>